UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CR-20814-KMW

UNITED STATES OF AMERICA

vs.

NOELVIS J. GAMEZ,

    Defendant.
_____/

## STATEMENT OF FACTS IN SUPPORT OF CHANGE OF PLEA

If this case were to proceed to trial, the government would prove the following facts beyond a reasonable doubt:

1. From in or around December 2008 through in or around July 2011, in Miami-Dade County, in the Southern District of Florida, the defendant, Noelvis J. Gamez, a licensed real estate broker, engaged in a scheme to defraud various clients of her real estate business. As a result of her scheme, roughly fifteen to twenty of the defendant's clients lost more than $400,000, which the defendant misappropriated for her personal use including using a portion of the funds to gamble at a local casino.

2. To perpetrate the scheme, the defendant told her clients who were interested in purchasing or leasing various residential and commercial properties in South Florida that they were required to deposit with her and/or her real estate company, City One Realty LLC, a down payment or prepaid rent in order to close the transaction. Rather than holding these funds in escrow pending the completion of the real estate deals, the defendant misappropriated the funds for her personal use. To prevent or delay her clients from realizing that she had misappropriated their funds, the defendant made various false representations to them concerning the status of the pending real estate

transactions that she was negotiating or pretending to negotiate on their behalf. In some instances, the defendant created and/or altered contracts and real estate agreements to cover up her fraud and to lead her clients to believe that the transactions were proceeding on schedule.

3. As to the specific mailings referenced in the information, in June of this year the defendant represented a client that was interested in leasing some commercial real estate in South Florida that was owned by Intervest-Plantation LLC, a corporate entity based in Tulsa, Oklahoma. However, the defendant's client and Intervest-Plantation were not in agreement as to the general terms of the lease. Accordingly, the defendant prepared an altered copy of the lease agreement and had her client sign it believing it to be the actual lease agreement for the property. The defendant then forged her client's signature on a copy of the original lease agreement that had been provided to her by the real estate broker representing Intervest-Plantation. On or about June 27, 2011, the defendant then sent the lease agreement bearing the forged signature of her client to Intervest-Plantation in Tulsa, Oklahoma, by a private, commercial interstate carrier. On or about June 28, 2011, Intervest-Plantation signed the original lease agreement bearing the forged signature of the defendant's client and sent it by Federal Express (a private, commercial interstates carrier) to the defendant in Miami, Florida. As a result of these actions, the defendant was able to misappropriate approximately $60,000 of her client's funds, which the client had provided to the defendant as prepaid rent and a security deposit on the property it believed it was leasing through the defendant's efforts.

4. Shortly after the events described in the preceding paragraph, the defendant's client discovered discrepancies between the lease agreement that the client had actually signed and the lease agreement signed by Intervest-Plantation that bore the forged signature of the defendant's

client. As a result, the defendant's scheme to defraud her clients was exposed and the defendant is now pleading guilty to the charges contained in the information filed in this case.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 12/16/11        By: _____
                          HAROLD E. SCHIMKAT
                          ASSISTANT UNITED STATES ATTORNEY

Date: 12-16-11        By: _____
                          ORLANDO DO CAMPO
                          ATTORNEY FOR DEFENDANT

Date: 12/16/2011      By: _____
                          NOELVIS J. GAMEZ