PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 110346

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### CASE NO.: 1:113C1:11CR20814-WILLIAMS-01

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Noelvis J. Gamez

Name of Sentencing Judicial Officer: The Honorable Kathleen M. Williams, United States District Judge, Miami, Florida

Date of Original Sentence: April 9, 2012

Original Offense:   Counts 1-2: Mail fraud, 18 U.S.C. § 1341, Class C felonies

Original Sentence:  Thirty-three months custody of the U.S. Bureau of Prisons, both counts to run concurrent to each other; three years supervised release; $200.00 special assessment and $472,478.37 restitution. Special conditions: The defendant shall 1) cooperate in any removal proceedings initiated, or pending by the U.S. Immigration and Customs Enforcement consistent with the Immigration and Nationality Act. If removed, the defendant shall not reenter the United States without the prior written permission of the Undersecretary for Border and Transportation Security. The term of supervised release shall be non-reporting while the defendant is residing outside the United States; 2) provide the probation officer access to any requested financial information; 3) participate in an approved treatment program for mental health; 4) not apply for, solicit or incur any further debt; 5) not own, operate, act as a consultant, be employed in, or participate in any manner, in any related concern during the period of supervision; 6) obtain prior written approval from the Court before entering into any self-employment; and 7) participate in an approved program of evaluation/treatment for problem/pathological gambling.

September 14, 2015: The conditions of supervised release were modified allowing the defendant to pay restitution to pay restitution at the rate of $50.00.

Type of Supervision: Supervised Release     Date Supervision Commenced: September 5, 2014

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.  
☒ To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $42.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Office and United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 110346

## CAUSE

The defendant was ordered to pay restitution in the amount of $472,478.37. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported her household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. The defendant lives with her adult son. She is employed as an operations manager for a plants broker company. Based on this information, it was determined the defendant will be able to pay restitution at the rate of $42.00 per month.

The defendant was presented with this information and concurred with our assessment, consequently voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release,* thus establishing restitution at the rate of $42.00 per month commencing July 15, 2017, and every month thereafter.

The defendant's term of supervised release is scheduled to terminate on September 4, 2017, and she will be unable to satisfy this financial obligation in full. To date, she has paid the special assessment, and $1,103.00 towards the restitution, with a remaining balance of $471,375.37.

The defendant has been advised the restitution judgment remains valid for a period of 20 years from the date of judgment, plus time for incarceration. The United States Attorney's Office has been notified of the defendant's termination date, and will continue monitoring payments towards the restitution at the completion of supervision.

**Recommendation:** It is respectfully requested Your Honor modify the conditions of supervised release allowing the defendant to make monthly restitution payments at the rate of $42.00 per month. In addition, Your Honor allow the defendant's term of supervised release to expire as scheduled on September 4, 2017.

Respectfully submitted,

by: *Maria Pizzi* (digitally signed 2017.06.30 15:31:12 -04'00')

Maria Pizzi  
United States Probation Officer  
Office: 305 512-1832  
Cellular: 786 371-3301  
Date: June 30, 2017

*Robert Posada Lorenzo Jun 30 2017 3:28 PM*

---

THE COURT ORDERS:

☑ The Modification of Conditions as Noted Above  
☐ Other: _____

_____  
Signature of Judicial Officer

7/5/17  
Date

cc: Maureen Donlan, Deputy Chief Civil Division (USAFLS)  
   Rolando Leon, Paralegal Specialist